WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Lynn Ferrell Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> LYNN FERRELL SMITH,   ) <br> ) <br> Defendants.   ) <br> _____) | Case No. 2:12-Cr.S-0255 GEB <br><br> **STIPULATION AND PROPOSED ORDER CONTINUING JUDGMENT AND SENTENCING FOR LYNN SMITH** <br><br> Date: April 5, 2013 <br> Time: 9:00 a.m. <br> Dept: The Hon. Garland E. Burrell |

With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Richard J. Bender, and defendant Lynn Smith, by and through his attorney William J. Portanova, hereby stipulate that the date of defendant's Judgment and Sentencing, now set for April 5, 2013 at 9:00 a.m. be continued to May 31, 2013 at 9:00 a.m., and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

    Judgment and Sentencing Date:                May 31, 2013

    Reply, or Statement of Non-Opposition:       May 24, 2013

    Motion for Correction of Pre-Sentence Report:   May 17, 2013

///

| | |
|---|---|
| Pre-Sentence Report shall be Filed with the Court and Disclosed to Counsel: | May 10, 2013 |
| Counsel's Written Objections to the Pre-Sentence Report shall be Delivered to the Probation Officer and Opposing Counsel: | May 3, 2013 |
| Pre-Sentence Report Disclosed to Counsel: | April 26, 2013 |

This continuance is necessary for the parties to address certain matters concerning the pre-sentence report.

**IT IS SO STIPULATED.**

DATED:  February 21, 2013                                /s/ William J. Portanova
                                                                        _____
                                                                        WILLIAM J. PORTANOVA
                                                                        Attorney for Lynn Ferrell Smith

DATED:  February 21, 2013                                /s/ Richard J. Bender
                                                                        _____
                                                                        RICHARD J. BENDER
                                                                        Supv. Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR.S-00255 GEB |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | **)** | **AND SENTENCING FOR LYNN** |
| | ) | **SMITH** |
| LYNN FERRELL SMITH, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties filed on February 21, 2013, and for good cause shown, IT IS HEREBY ORDERED that the Judgment and Sentencing set for April 5, 2013, be vacated and that defendant Lynn Smith's Judgment and Sentence be scheduled on May 31, 2013, at 9:00 a.m.

IT IS SO ORDERED.

**Date:  2/21/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge