WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com


Attorney for Lynn Ferrell Smith


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-00255-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| LYNN FERRELL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and defendant Lynn Smith, by and through his attorney, William J. Portanova, hereby stipulate that the date of defendant's sentencing, now set for July 19, 2013 at 9:00 a.m. be continued to September 27, 2013, at 9:00 a.m.

  This continuance is necessary so to allow Pre-Trial Services additional time to prepare its pre-sentence report and to allow this Court to sentence all co-defendants at this sentencing hearing. This hearing date has been previously set by co-defendant Matthew Davies.

  The following proposed sentencing schedule is offered:

  Judgment and Sentencing Date:     September 27, 2013.

  Reply, or Statement of Non-Opposition:   September 20, 2013.

| | |
|---|---|
| Motion for Correction of Pre-Sentence Report: | September 13, 2013. |
| Pre Sentence Report shall be Filed with the Court and Disclosed to Counsel: | September 6, 2013. |
| Counsel's Written Objections to the Pre-Sentence Report shall be Delivered to the Probation Officer and Opposing Counsel: | August 30, 2013. |
| Pre-Sentence Report Disclosed to Counsel: | August 23, 2013. |

**IT IS SO STIPULATED.**

Dated: July 15, 2013         /s/ William J. Portanova
                             _____
                             WILLIAM J. PORTANOVA
                             Attorney for Lynn Ferrell Smith

Dated: July 15, 2013         /s/ Richard J. Bender
                             _____
                             RICHARD J. BENDER
                             Supv. Assistant United States Attorney

**IT IS SO ORDERED.**

Date: **7/18/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge