THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Robert Duncan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00255-GEB |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| vs. | |
| MATTHEW ROWAN DAVIES, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for Robert Duncan and Lynn Smith on December 13, 2013, at 9:00 a.m. is continued to December 20, 2013, at 9:00 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for the sentencing.  Richard Bender, Assistant United States Attorney, Thomas A. Johnson, attorney for Robert Duncan, and William Portanova, attorney for Lynn Smith, agree to this continuance.


**IT IS SO STIPULATED.**

DATED:  December 6, 2013             By:      /s/ Thomas A. Johnson
                                                          THOMAS A. JOHNSON
                                                          Attorney for Defendant
                                                          ROBERT DUNCAN

DATED:  December 6, 2013             By:      /s/ Thomas A. Johnson for
                                                          WILLIAM PORTANOVA
                                                          Attorney for Defendant
                                                          LYNN SMITH

- 1 -

1

2   DATED:  December 6, 2013

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Thomas A. Johnson for
RICHARD BENDER
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  December 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge