WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Lynn Ferrell Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-00255-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER RE:  DEFENDANT'S** |
| v. | ) | **REQUEST TO CONTINUE** |
| | ) | **SELF-SURRENDER DATE** |
| LYNN FERRELL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## INTRODUCTION

With the Court's permission, the defendant, Lynn Smith, and the United States of America, by and through its undersigned counsel, hereby request and stipulate that the defendant Smith's self-surrender date be continued from March 10, 2014 at 2:00 p.m. to May 12, 2014 at 2:00 p.m.  This continuance is necessary for the defendant make necessary arrangements for the financial security of his family.

## REASONS FOR REQUEST

On January 7, 2014, defendant Smith was sentenced by this Court to serve 42 months incarceration pursuant to his earlier guilty pleas to marijuana cultivation and distribution charges arising out of his involvement with so-called marijuana dispensaries (21 USC 841 and 846).  Mr. Smith was ordered to self-surrender on March 10, 2014 at 2:00 p.m.

According to Smith's counsel, Smith's incarceration necessitates the sale of his home and preparations for said sale are ongoing, but cannot be completed in the time presently allowed.  Specifically, Smith, a contractor, is repairing the home so as to make it salable, and that work continues.  Smith's wife is unable to maintain the residence on her nurse's salary alone.  While this work cannot be completed by Mr. Smith before his currently set date for self-surrender, it is expected that the necessary work will be completed by Mr. Smith and the house will be marketed within the additional time requested.

According to Pre-Trial Services, Mr. Smith has been fully compliant with the terms of his pre-trial release.  The United States Attorney's office has no objection to this single request, but future requests for delay will likely be opposed.  The defendant now respectfully requests this Court order that Smith's self-surrender date be continued approximately 60 days, from the currently set March 10, 2014 to May 12, 2014, at 2:00 p.m.

**STIPULATION**

WITH THE COURT'S PERMISSION, it is hereby stipulated between the United States and the defendant Lynn Smith that Mr. Smith's self-surrender date be continued by the Court

//
//
//
//
//
//
//
//
//
//
//
//

from March 10, 2014 at 2:00 p.m. to May 12, 2014 at 2:00 p.m and that he is ordered to appear on that date at the institution designated by the United States Bureau of Prisons or at the United States Marshall's Office, 501 I Street, Sacramento, CA.

Dated: February 6, 2014                    /s/ William J. Portanova
                                           _____
                                           WILLIAM J. PORTANOVA
                                           Attorney for Lynn Ferrell Smith

Dated: February 6, 2014                    /s/ Richard J. Bender
                                           _____
                                           RICHARD J. BENDER
                                           Supv. Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: February 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge