HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LYNN FERRELL SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYNN FERRELL SMITH,<br><br>Defendant. | Case No. 2:12-cr-255 GEB<br><br>**NOTICE TO SET BRIEFING SCHEDULE AND MOTION HEARING; [PROPOSED] ORDER**<br><br>Judge:  Honorable GARLAND E. BURRELL |

Defendant, Lynn F. Smith, by and through his attorney, Assistant Federal Defender Hannah R. Labaree and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney Richard Bender, hereby stipulate to set the briefing schedule regarding the Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) as follows:

Government Opposition         March 3, 2016

Defense Response              March 8, 2016

The parties further stipulate that the hearing shall be heard on March 18, 2016 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr.

IT IS SO STIPULATED.

1

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | HEATHER E. WILLIAMS |
| 3 |  | Federal Defender |
| 4 | DATED: February 4, 2016 | */s/ Hannah R. Labaree* |
|   |  | HANNAH R. LABAREE |
| 5 |  | Assistant Federal Defendant |
| 6 |  |  |
|   |  | Attorneys for Defendant |
| 7 |  | LYNN F. SMITH |
| 8 |  |  |
| 9 | DATED: February 4, 2016 | BENJAMIN B. WAGNER |
|   |  | United States Attorney |
| 10 |  |  |
|   |  | */s/ Richard Bender* |
| 11 |  | RICHARD BENDER |
|   |  | Assistant United States Attorney |
| 12 |  | Attorney for Plaintiff |

2

ORDER

IT IS SO ORDERED that the parties briefing schedule is adopted. The government opposition shall be filed no later than March 3, 2016 and the defense reply shall be filed no later than March 8, 2016. The hearing is scheduled for March 18, 2016 at 9:00 a.m.

Dated: February 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge