1  BENJAMIN B. WAGNER
United States Attorney
2  RICHARD J. BENDER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:12-CR-0255 GEB

12                        Plaintiff,     STIPULTATION CONTINUING MOTIONS
SCHEDULE; ORDER
13              v.

14  LYNN SMITH,                          Hearing: March 18, 2016 @ 9:00 a.m.
Courtroom No.: 10
15
                          Defendant.     [Hearing Date Not Impacted]
16

17          Counsel for the government needs a few additional days to complete its response to the

18  defendant's motion to reduce sentence pursuant to 18U.S.C. § 3582()(2), because of unanticipated

19  complications in preparing the response.  Defense counsel has no objection to the request.  Therefore, it

20  is hereby agreed between counsel for the parties, that the motions schedule is altered as follow:

21

| EVENT | OLD DATE | NEW DATE |
|-------|----------|----------|
| Government's response | March 3, 2016 | March 7, 2016 |
| Defense reply | March 8, 2016 | March 11, 2016 |
| Hearing | March 18, 2016 at 9:00 a.m. | Unchanged |

26      //

27      //

28

Stipulation for continuance of schedule on            1
resentencing motion

[Stipulation for continuance of schedule on resentencing motion (cont.)]

Dated:  March 3, 2016                          BENJAMIN B. WAGNER
                                               United States Attorney

                                               by  /s/ Richard J. Bender
                                               RICHARD J. BENDER


Dated:  March 3, 2016                          /s/ Hannah R. Labaree (by RJB)
                                               HANNAH R. LABAREE
                                               Counsel for Lynn Smith


                              O R D E R

It is so ORDERED,

Dated:  March 4, 2016


                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge