UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LYNN FERRELL SMITH,<br><br>        Defendant. | No. 2:12-cr-00255-GEB<br><br><br>**ORDER** |

        Defendant Lynn Ferrell Smith moves under 18 U.S.C. § 3582(c)(2) for a reduction of his sentence since his advisory guideline sentencing range has been lowered by Amendment 782 to the United States Sentencing Guidelines. Smith correctly argues that because of this amendment, his applicable sentencing offense level is reduced from 32 to 30, and his advisory guideline imprisonment range is reduced from 121–151 months to 97–121 months. Smith requests a reduction comparable to the sentence he received under the prior advisory guideline imprisonment range, which would change his sentence from 42 months to 33 months. The United States disagrees, and insists that even though the Court has discretion to lower Smith's sentence in light of Amendment 782, Smith's sentence should not be further reduced from the minimum sentence recommended in its § 5K1.1 downward departure letter.

        The court has discretion to reduce Smith's sentence, in light of the 18 U.S.C. § 3553(a) sentencing factors, and his post-sentencing behavior. However, the Court determines that the

§ 3553(a) sentencing factor concerning the need of the sentence to reflect the seriousness of the offense weighs significantly against imposing a sentence other than 42-month sentence that was imposed. Therefore, the motion is denied.

Dated: March 14, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge